**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

|  |  |
|---|---|
| CALLIE FURLONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    **Civil Acton No.**   3:26cv00094 |
| | ) |
| VIRGINIA COMMONWEALTH | ) |
| UNIVERSITY HEALTH SYSTEMS | ) |
| AUTHORITY d/b/a VIRGINIA | ) |
| COMMONWEALTH UNIVERSITY | ) |
| HEALTH SYSTEM and VCU HEALTH, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. § 1331, Defendant Virginia Commonwealth University Health System Authority ("VCUHS") hereby removes this action from the Circuit Court for the City of Richmond, Virginia, to the United States District Court for the Eastern District of Virginia, Richmond Division. In support of this Notice of Removal, VCUHS avers as follows:

### Grounds for Removal

1.     Plaintiff filed her Complaint in the Circuit Court for the City of Richmond on December 29, 2025. Exhibit A.

2.     The Complaint was served upon VCUHS on January 15, 2026. Ex A.

3.     Under 28 U.S.C. § 1441, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

*A. Federal Question Jurisdiction*

4.      "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

5.      The Complaint contains claims arising under laws of the United States, including Title VII of the Civil Rights Act of 1964 ("Title VII") (Counts III and IV) and the Pregnant Workers Fairness Act ("PWFA") (Counts I and V). Ex. A.

6.      Therefore, there is federal question jurisdiction pursuant to 28 U.S.C. § 1331.

7.      This action may be removed to the Eastern District of Virginia, pursuant to 28 U.S.C. § 1441(a).

**B. *Supplemental Jurisdiction***

8.      "[I]in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367.

9.      Plaintiff further alleges claims under the Virginia Human Rights Act ("VHRA") (Counts II and VI). Ex. A.

10.     Plaintiff's VHRA claims arise from the same underlying facts as her Title VII and PWFA claims. Specifically, all claims stem from Plaintiff's actions on October 24, 2023, resulting in her termination of employment. Ex. A, ¶ 21.

### The Procedural Requirements for Removal Have Been Satisfied

11.     The City of Richmond is located within the Eastern District of Virginia. Therefore, the venue is proper in the Eastern District of Virginia, Richmond Division, because the district and division "embracing the place where such action is pending." 28 U.S.C. § 1441(a).

12.     As required by 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days after VCUHS was served.

13.     After filing this Notice of Removal, VCUHS will promptly serve written notice of this Notice of Removal on counsel for Plaintiff and file the same with the Clerk for the Circuit Court of the City of Richmond, in accordance with 28 U.S.C. § 1446(d).

14.     True and correct copies of the pleadings received by VCUHS in this action pending in the Circuit Court for the City of Richmond are attached hereto as Exhibit A.

**No Waiver of Defenses**

15.     By removing this action from the Circuit Court for the City of Richmond, Virginia, VCUHS does not waive any defenses available to it or admit any of the allegations in the Complaint.

**WHEREFORE**, Defendant, Virginia Commonwealth University Health Systems removes the above-captioned action from the Circuit Court for the City of Richmond, Virginia to the United States District Court for the Eastern District of Virginia, Richmond Division.

Dated:  February 5, 2026               Respectfully submitted,

VIRGINIA COMMONWEALTH UNIVERSITY
HEALTH SYSTEM AUTHORITY

By:     */s/ Joan C. McKenna*
Joan C. McKenna (VSB No. 37812)
Lilias M. Gordon (VSB No. 94767)
O'Hagan Meyer PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
(804) 403-7107 Telephone
(804) 237-0250 Facsimile
jmckenna@ohaganmeyer.com
lgordon@ohaganmeyer.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas F. Simopoulos (VSB No. 68664)
Simopoulos Law, PLLC
406 West Franklin Street
Richmond, VA 23220
(804) 220-5755
nicholas@simopouloslaw.com

*Counsel for Plaintiff*

*/s/ Joan C. McKenna*
Joan C. McKenna (VSB No. 37812)